THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE LOCAL 191 I.B.E.W. HEALTH AND WELFARE TRUST FUND, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>M.D. MARINE ELECTRIC, LTD, a Washington Corporation, UBI No. 602006007, Contractor's License No. MDMARME851U5,<br><br>Defendant. | NO. 2:18-CV-01570-RSM<br><br>STIPULATED MOTION TO DISMISS DEFENDANT AND ACTION WITH PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTIES |

This Stipulated Dismissal is entered into between Plaintiffs and Defendant M.D. Marine Electric, LTD. The parties hereby stipulate to a dismissal of all claims against M.D. Marine Electric, LTD with prejudice and without costs or attorney fees to any party.

DATED this 28th day of June, 2019.

Stipulated by:

| | |
|---|---|
| McKenzie Rothwell Barlow & Coughran, P.S.<br>Attorneys for Plaintiffs | Sebris Busto James<br>Attorneys for M.D. Marine Electric, LTD |
| */s/ Douglas M. Lash*<br>Douglas M. Lash, WSBA #48531 | */s/ Judd H. Lees*<br>Judd H. Lees, WSBA #10673 |

STIPULATED MOTION AND ORDER TO DISMISS– 1
Cause No. 2:18-cv-01570-RSM

McKENZIE ROTHWELL BARLOW & COUGHRAN, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

5300 169 uf241204

# ORDER

NOW THEREFORE, it is hereby ordered and adjudged that Defendant M.D. Marine Electric, LTD is hereby dismissed with prejudice and without costs or attorney fees to any parties.

DATED this 1 day of July 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

| | |
|---|---|
| McKenzie Rothwell Barlow & Coughran, P.S. Attorneys for plaintiff Trust Funds | Sebris Busto James Attorneys for M.D. Marine Electric, LTD |
| /s/ Douglas M. Lash Douglas M. Lash, WSBA #48531 | /s/ Judd H. Lees Judd H. Lees, WSBA #10673 |

STIPULATED MOTION AND ORDER TO DISMISS– 2
Cause No. 2:18-cv-01570-RSM

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

5300 169 uf241204